**Order entered April 15, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00983-CR
### No. 05-19-01002-CR
### No. 05-19-01003-CR

## EDUARDO ISAI REYES-BONILLA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F18-34785-P, F18-34298-P & F18-34784-P

### ORDER

After granting three extensions of time, the reporter's record was due March 25, 2020. To date, the record has not been filed and we have had no communication from court reporter Crystal Jones-Brown.

We **ORDER** court reporter Crystal Jones-Brown to file the reporter's record on or before May 15, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; Crystal Jones-Brown, court reporter, 203rd Judicial District Court; and counsel for all parties.

/s/ CORY L. CARLYLE
JUSTICE